**FILED**

UNITED STATES COURT OF APPEALS

AUG 0 9 2007

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FREDRIC GOLDMAN, an individual, and as personal representative of the Estate of Ronald Lyle Goldman, Deceased,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ORENTHAL JAMES SIMPSON, a/k/a O.J. SIMPSON; et al.,<br><br>Defendants - Appellees. | No. 07-55227<br><br>D.C. No. CV-06-08104-R<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U S DISTRICT COURT
AUG 1 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

COPY  8/9/07
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.

For the Court

Kathryn E. White
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

DOCKETED ON CM
AUG 1 5 2007
BY ____ 173

S:\MOATT\Clrkords\08-07\kw\07-55227.wpd

